# UNITED STATES DISTRICT COURT

## District of Minnesota

Yensi del Carmen Melara Gutierrez,

Petitioner,

v.

Kristi Noem, Pamela Bondi, David Easterwood, Todd Lyons, Hector Rios,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1044 SRB/DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Petition for a Writ of Habeas Corpus (Doc. #1) is **GRANTED**.

2. The Court declares that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and enjoins Respondents from denying release or other relief on the basis that she is subject to such mandatory detention.

3. Respondents shall immediately release Petitioner, but no later than 48 hours from the date of this Order.

4. Prior to Petitioner's release, Respondents must first notify Petitioner's legal counsel within two hours of her impending release and include the location of her release and approximate release time.

5. When Petitioner is released, Respondents must return to her any property and documents that they have taken from her, including identity documents and immigration documents.

6. Respondents may not administratively recharacterize the release granted by this Order as grounds to impose conditions or re-impose existing conditions in conjunction with release.

7. Respondents shall confirm Petitioner's release with the Court within 72 hours from the date of this Order.

Date: 2/10/2026

KATE M. FOGARTY, CLERK